WO

X FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 0 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 07-331-1-PHX-NVW |
|       Plaintiff,            ) | |
| vs.                                  ) | |
| Jordan David Butler,                 ) | **ORDER** |
|       Defendant.            ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on September 17, 2007.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any condition or combination of conditions of release.

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 20th day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge